UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-108 (ADM/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN LEROY FISCHER,<br><br>Defendant. | GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

The United States of America, by and through its attorneys, Robert M. Small, United States Attorney for the District of Minnesota, and Michael L. Cheever, Assistant United States Attorney, submits this memorandum in opposition to Defendant's Petition for Modification and Early Termination of Supervised Release.

Defendant John Fischer indicates he began serving his two-year term of supervised release on May 21, 2003. One of the conditions of his release is that he must cooperate with the Internal Revenue Service to pay all outstanding taxes he owes.

Defendant Fischer owes over two-million dollars to the IRS in connection with the crimes he committed which underlie his term of supervised release. I have confirmed through the case agent in this matter, Special Agent Vicki Petricka, that Fischer has not paid anything on this debt as of December 8, 2004.

On December 10, 2004, I spoke with Fischer's probation officer in Colorado, Jennifer Nuanes. Ms. Nuanes opposes termination of

Fischer's supervised release. While Fischer has been cooperative in reporting, he did not disclose to Ms. Nuanes his petition for early termination when he met with her this week. In addition, Ms. Nuanes opposes early termination based on Mr. Fischer's failure to make payment to the IRS or to come to an agreement with the IRS for a payment plan. Ms. Nuanes agreed to courtesy supervision in the District of Colorado based on Fischer's representations that he was making progress towards resolving his debt to the Internal Revenue Service.

Fischer's supervised release term should not be terminated. On the contrary, he should be given more time to comply with the conditions of his supervised release, and the government should be given more time to determine whether his term of supervised release should be revoked and he should be sentenced to further imprisonment based on his failure to satisfy the conditions of his release.

Respectfully Submitted,

Dated: December 13, 2004

THOMAS B. HEFFELFINGER
United States Attorney

S/ Michael L. Cheever

BY: MICHAEL L. CHEEVER
Assistant U.S. Attorney
Attorney ID No. 192582