John Leroy Fischer
USM No: 09903-041
1800 Malton Court
Castle Rock, Colorado 80104
(303) 688-6445
In Pro Se

RECEIVED
BY MAIL
DEC 13 2004
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff-Respondent,

vs.

JOHN LEROY FISCHER,
Defendant-Petitioner:

CASE NO. 01-108(1)(ADM/AJB)

**PETITION FOR MODIFICATION AND EARLY TERMINATION OF SUPERVISED RELEASE**

COMES NOW, John Leroy Fischer, Defendant-Petitioner, filing pro se, with Petition For Modification and Early Termination of Supervised Release, pursuant to Title 18, §3583(e)(1) of the United States Codes.

STATEMENT OF THE FACTS

John Fischer was sentenced on October 31, 2001, by Ann D. Montgomery, United States District Judge, in the District of Minnesota. Following sentencing Petitioner served seventeen months (17) at Florence Federal Prison Camp. Petitioner was released from incarceration on May 21, 2003. To follow his incarceration, the District Court imposed a term of (2) years supervised release. Petitioner, John Fischer has currently served his term of incarceration and seventeen (17) months of supervised release.



SCANNED
DEC 13 2004
U.S. DISTRICT COURT MPLS

TITLE 18, §3583(e)(1) PERMITS EARLY TERMINATION OF SUPERVISED RELEASE

Title 18, §3583(e)(1) of the United States Code provides in part that supervised release may be terminated at any time after the expiration of one year of supervised release, if the action is warranted by the conduct of the person released.

The Petitioner John Fischer hereby submits the following information for the modification of supervised release; to wit:

MITIGATING INFORMATION

1) has cooperated fully with USPO and all its representatives;
2) has met all conditions set by the USPO regarding supervised release;
3) has met all conditions imposed by the Court;
4) while incarcerated, Petitioner was a model inmate and had positive work reports;
5) while incarcerated, Petitioner participated in continuing education programs;
5) while incarcerated, Petitioner assisted other inmates in education and family counseling.

THEREFORE, Petitioner John Leroy Fischer respectfully requests this Court take into consideration the above mentioned information and to modify the supervised release of Petitioner by terminating the remainder of Petitioner's term of supervised release pursuant to Title 18, §3583(e)(1) of the United States Code.

Dated: December 1, 2004

Respectfully,

John Leroy Fischer
Defendant -Petitioner

**PROOF OF SERVICE**

I, John Leroy Fischer, the Defendant Petitioner, certify that a copy of this PETITION FOR MODIFICATION AND EARLY TERMINATION OF SUPERVISED RELEASE, was placed in the U.S. MAIL on December ~~1~~ 2, 2004, to be delivered to:

United States Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN. 55415
612-664-5600

John Leroy Fischer