**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

**ORDER**
Criminal No. 01-108(1) ADM/AJB

John Leroy Fischer,

Defendant.

---

Michael L. Cheever, Esq., Assistant United States Attorney, Minneapolis, MN, on behalf of Plaintiff.

John Leroy Fischer, *pro se*.

---

**ORDER**

This matter is before the undersigned United States District Judge pursuant to Defendant John Leroy Fischer's ("Defendant") Petition for Modification and Early Termination of Supervised Release [Docket No. 29]. On October 31, 2001, Defendant was sentenced to a term of 21 months, followed by a term of two years supervised release. Defendant was released from custody on May 21, 2003, and is currently serving the two year term of supervised relief. Defendant's Petition requests early termination of supervised release under 18 U.S.C. § 3583(e)(1), based on the following factors: (1) Defendant has fully cooperated with the United States Probation Office ("USPO"); (2) Defendant has met all conditions set by the USPO; (3) Defendant has met all conditions imposed by the Court; (4) Defendant was a model inmate during his incarceration; (5) Defendant participated in continuing education programs while incarcerated; and (6) Defendant assisted other inmates in education and family counseling.

Plaintiff United States of America ("Plaintiff") opposes Defendant's Petition on the grounds that Defendant owes over two million dollars in outstanding taxes to the Internal Revenue Service ("IRS"). As one of his conditions for release, Defendant must cooperate and pay this amount to the IRS. Additionally, Defendant's probation officer opposes his Petition based on Defendant's failure to pay or agree to a payment plan with the IRS and Defendant's failure to notify his probation officer of his request for early termination. As a result, Defendant's Petition is denied.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Petition for Modification and Early Termination of Supervised Release [Docket No. 29] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: December 17, 2004.